FILED '09 DEC 02 08:37 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ENRIQUE OLMEDO SILVA, | ) |
| Plaintiff, | ) ) ) Civil No. 03-6358-TC |
| v. | ) ) ORDER |
| STATE OF OREGON, | ) ) |
| Defendant. | ) ) |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on October 26, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's habeas corpus petition is dismissed.

DATED this \_\_\_\_\_1st\_\_\_\_\_ day of December, 2009.

*/s/ Michael C. Hogan*
United States District Judge

2    - ORDER